IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Wardell, Lachell D | Case Number: 08 B 03581 |
|---|---|
| | Judge: Squires, John H |
| Printed: 7/1/08 | Filed: 2/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,580.00 |  |
| Secured: |  | 636.35 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,775.95 |
| Trustee Fee: |  | 167.70 |
| Other Funds: |  | 0.00 |
| Totals: | 2,580.00 | 2,580.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,600.00 | 1,775.95 |
| 2. | American Home Mtg Servicing | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 10,450.00 | 636.35 |
| 4. | American Home Mtg Servicing | Secured | 40,000.00 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 10,703.18 | 0.00 |
| 6. | Bass & Associates | Unsecured | 152.17 | 0.00 |
| 7. | Mid America Real Estate | Unsecured | 319.83 | 0.00 |
| 8. | Sprint Nextel | Unsecured | 47.58 | 0.00 |
| 9. | Capital One | Unsecured | 73.36 | 0.00 |
| 10. | Wells Fargo Auto Finance | Unsecured | 125.70 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 8.00 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 54.96 | 0.00 |
| 13. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 14. | Certified Svc. | Unsecured | | No Claim Filed |
| 15. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 18. | Heller & Frisone Ltd | Unsecured | | No Claim Filed |
| 19. | HSBC Taxpayer Financial Services | Unsecured | | No Claim Filed |
| 20. | MRSI | Unsecured | | No Claim Filed |
| 21. | Liberty Mutual | Unsecured | | No Claim Filed |
| 22. | Professional Health Assoc | Unsecured | | No Claim Filed |
| 23. | Homewood Flossmoor Dental Care | Unsecured | | No Claim Filed |
| 24. | Nicor Gas | Unsecured | | No Claim Filed |
| 25. | Professional Health Assoc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Wardell, Lachell D | Case Number: 08 B 03581 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 7/1/08 | Filed: 2/15/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Kishwar Ali MD | Unsecured | | No Claim Filed |
| 27. | Social Security Administration | Unsecured | | No Claim Filed |
| 28. | Verizon Wireless Midwest | Unsecured | | No Claim Filed |
| 29. | Philip Igloe | Unsecured | | No Claim Filed |
| 30. | US Bank | Unsecured | | No Claim Filed |
| 31. | The Bureau Inc | Unsecured | | No Claim Filed |
| 32. | Wfnnb/Expres | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 64,534.78 | $ 2,412.30 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 167.70 |
|  | _____ |
|  | $ 167.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

